No. 95–9469.  SMITH *v.* NATIONAL CORPORATION OF HOUSING PARTNERSHIPS.  C. A. 7th Cir.  Certiorari denied.

No. 95–9470.  CALDWELL *v.* TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 95–9471.  CHAPPELL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 95–9472.  CRUZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–9473.  BERK *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 95–9474.  AZEEZ *v.* DUNCIL, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 95–9475.  LONG *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–9476.  MCDONALD *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 95–9477.  MORAN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–9478.  NASH *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–9479.  MELHORN *v.* UNITED STATES; and
No. 96–5398.  ELLIOTT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 62 F. 3d 1304 and 82 F. 3d 989.

No. 95–9481.  HOANG *v.* MERCURY INSURANCE CO.  C. A. 9th Cir.  Certiorari denied.

No. 95–9483.  DOUGLAS *v.* MILLER, SUPERINTENDENT, INDIANA CORRECTIONAL INDUSTRIAL COMPLEX.  C. A. 7th Cir.  Certiorari denied.

No. 95–9484.  HAMPTON *v.* BROWN ET AL.  C. A. 5th Cir.  Certiorari denied.